IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL KENDRICK,<br><br>　　　　　　*Plaintiff*,<br><br>　v.<br><br>CORRECTIONAL OFFICER GUSKIEWICZ and SERGEANT BURRIE,<br><br>　　　　　　*Defendants*. | Civil Action No. 2:22-cv-1431<br><br>Hon. William S. Stickman IV<br>Hon. Maureen P. Kelly |

## ORDER OF COURT

Plaintiff Paul Kendrick ("Kendrick") brought this action asserting civil rights violations under the First and Eighth Amendments as well as state law negligence claims against two Pennsylvania state correctional officers for two incidents that occurred in July 2022 while he was imprisoned at the State Correctional Institution at Fayette. Defendants Correctional Officer Guskiewicz and Sergeant Burrie have sought summary judgment in their favor. (ECF No. 51). The Honorable Maureen P. Kelly issued a Report and Recommendation recommending that the motion be denied. (ECF No. 65). The parties were given the opportunity to file objections, and no objections have been filed.

After its independent *de novo* review of the record and consideration of the parties' pleadings, the Court hereby ADOPTS Magistrate Judge Kelly's Report and Recommendation as its Opinion. It concurs with Magistrate Judge Kelly's thorough analysis of the claims and her legal conclusions. Genuine disputes of material fact exist as to Kendrick's First and Eighth Amendment claims.

2

AND NOW, this __18__ day of September 2024, IT IS HEREBY ODERED that Defendants' Motion for Summary Judgment (ECF No. 51) is DENIED.

BY THE COURT:

_____
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE

2